No. 77, Orig. TENNESSEE *v.* ARKANSAS. Report and Recommendations of the Special Master adopted. The Special Master is invited to prepare and submit a proposed decree. [For earlier order herein, see, *e. g.*, 451 U. S. 968.]

No. 83, Orig. MARYLAND ET AL. *v.* LOUISIANA. Accounting of Louisiana received and ordered filed. JUSTICE POWELL took no part in the consideration or decision of this order. [For earlier order herein, see, *e. g.*, 452 U. S. 935.]

No. 89, Orig. CALIFORNIA EX REL. STATE LANDS COMMISSION *v.* UNITED STATES. Motion for leave to file bill of complaint granted, and defendant shall have 60 days to answer.

No. 78–1789. ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL., 453 U. S. 571; and
No. 79–1896. ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL., 453 U. S. 917. Motion of respondents for clarification denied.

No. 79–1738. NIXON *v.* FITZGERALD; and
No. 80–945. HARLOW ET AL. *v.* FITZGERALD. C. A. D. C. Cir. [Certiorari granted, 452 U. S. 959.] Motion of Morton Halperin et al. for leave to intervene and for other relief in No. 79–1738 denied. Motion of Judith Clark et al. for leave to intervene and for other relief denied.

No. 80–1594. UNITED STATES *v.* ERIKA, INC. Ct. Cl. [Certiorari granted, 451 U. S. 982.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 80–1595. UNITED STATES *v.* FRADY. C. A. D. C. Cir. [Certiorari granted, 453 U. S. 911.] Motion for appointment of counsel granted, and it is ordered that Daniel M. Schember, Esquire, of Washington, D. C., be appointed to serve as counsel for respondent in this case. THE CHIEF JUSTICE and JUSTICE MARSHALL took no part in the consideration or decision of this motion.